**Michael F. DEHONEY, Plaintiff— Appellant,**

v.

**Gary MAYNARD; Joyce Lawton; Cocie Rushton, Defendants— Appellees.**

No. 04–7475.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 27, 2005.

Decided Feb. 3, 2005.

Micheal F. Dehoney, Appellant pro se. John Evans James, III, Lee, Erter, Wilson, James, Holler & Smith, LLC, Sumter, South Carolina, for Appellees.

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael F. Dehoney appeals the district court's order denying relief on his motion to reconsider, under Fed.R.Civ.P. 60(b)(5), the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dehoney v. Maynard,* No. CA–02–321–8–24BD (D.S.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*